1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  MARY HARRIS,                              No. CIV S-10-0487-JAM-CMK

12              Plaintiff,

13       vs.                                  <u>ORDER</u>

14  CITY OF REDDING, et al.,

15              Defendants.

16  _____/

17          Plaintiff, who is proceeding pro se, brings this civil action.  Due to the court's

18  unavailability, the scheduling conference currently set for October 14, 2010, is re-scheduled to

19  October 28, 2010, at 10:00 a.m. in Redding, California.

20          IT IS SO ORDERED.

21

22   DATED: August 25, 2010

23                                          _____

24                                          **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

25

26

1