**GARY BRICKWOOD, State Bar No. 94892**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
(530) 245-1879 (fax)

Attorneys for Defendants CITY OF REDDING,
KIM NIEMER and MATTHEW MCCALLUM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY HARRIS, | Case No. 2:10-CV-00487-JAM-CMK |
| Plaintiff, | **AMENDED STIPULATION AND REQUEST TO MODIFY SCHEDULING ORDER, DOCUMENT 15, DATED OCTOBER 29, 2010, UNITED STATES MAGISTRATE JUDGE, CRAIG KELLISON AND ORDER** |
| vs. | |
| CITY OF REDDING CALIFORNIA, KIM NIEMER, MATTHEW MCCALLUM and DOES 1 through 20, | |
| Defendants. | |

The parties are unable to complete discovery on or before the discovery cutoff date of October 15, 2011. The reason for the inability is that plaintiff's deposition was scheduled for October 3, 2011, and was vacated because plaintiff was suffering from a medical condition that prevented her from completing her deposition. The deposition will, if possible, be rescheduled before October 15, but the parties anticipate that the delay will leave insufficient time to complete other pertinent non-expert discovery depositions following plaintiff's deposition. Plaintiff's deposition was delayed to October 3, because plaintiff was unable to complete written discovery when due in August 2011. As a result, an extension of time was provided for

---

**Amended Stipulation and Request to Modify Scheduling Order & Order** 1

1  written discovery which delayed plaintiff's deposition to October 3.
2      As a result of these delays, the parties respectfully request and
3  stipulate that the Court extend the time to conduct discovery from
4  October 15, 2011, to December 1, 2011.  The parties likewise request
5  that the time for dispositive motions be filed on January 25, 2012 for
6  hearing on February 22, 2012 at 9:30 a.m. in Courtroom #6, that the
7  Joint Pretrial Statement shall be filed on or before April 6, 2012,
8  that the Pretrial Conference be moved to April 13, 2012 at 11:00 a.m.,
9  and that jury trial be moved to June 18, 2012 at 9:00 a.m..
10 DATED: October 19, 2011.      Respectfully submitted,
11                               BRICKWOOD LAW OFFICE
12
13                               /s/ Gary Brickwood
                                 GARY BRICKWOOD
14                               Attorney for CITY OF REDDING,
                                 KIM NIEMER and MATTHEW MCCALLUM
15
16
17 DATED: October 21, 2011.      /s/ O'Neil G. Dennis
                                 O'NEIL G. DENNIS
18                               Attorney for Plaintiff
19
20                                **ORDER**
21      Having reviewed the Stipulation and Joint Request for
22 Modification of the Pretrial Scheduling Order, the Court orders the
23 following modifications:
24      Discovery cutoff - December 1, 2011
25      Dispositive Motion cutoff - to be filed on or before January 25,
26 2012 for hearing on February 22, 2012 at 9:30 a.m. in Courtroom #6
27      Joint Pretrial Statement - to be filed on or before April 6, 2012
28      Final Pretrial Conference - April 13, 2012 at 11:00 a.m.

**Amended Stipulation and Request to Modify Scheduling Order & Order** 2

```
     Trial - June 18, 2012 at 9:00 a.m.
     IT IS SO ORDERED.


DATED: _10/21/2011_____         _____
                                       /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT JUDGE
```

**Amended Stipulation and Request to Modify Scheduling Order & Order** 3