O'Neil G. Dennis, SBN 256636
Attorney at Law
1339 Esplanade
Chico, CA 95926
Tel:     (530) 343-1010
Fax:    (530) 302-1577

Attorney for Plaintiff, Mary Harris

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY HARRIS,<br><br>      Plaintiff,<br><br>   vs.<br><br>CITY OF REDDING, KIM NIEMER, MATTHEW MCCALUM and DOES 1 through 20 inclusive,<br><br>      Defendants | Case No.: 2:10-CV-00487-JAM-CMK<br><br>**STIPULATION AND REQUEST TO MODIFY AMENDED SCHEDULING ORDER DOCUMENT 22 SIGNED ON OCTOBER 29, 2011, BY JUDGE JOHN A. MENDEZ, AND ORDER** |

The parties are unable to complete discovery on or before the discovery cutoff date of December 1, 2011. The reason for the inability is that the depositions of plaintiff and two witnesses on October 3, 2011, October 7, 2011, and October 15, 2011, have given rise to additional witnesses whose depositions are required. Neither counsels are able to schedule and complete these additional depositions prior to the current cut-off of December 1, 2011. The deposition will, if possible, be rescheduled before January 30, 2012.

The parties respectfully request and stipulate that the Court extend the time to conduct discovery from December 1, 2011, to February 1, 2011. The parties likewise request that the time for dispositive motions be filed on March 7, 2012 for hearing on March 28, 2012 at 9:30 a.m. in Courtroom #6, that the Joint Pretrial Statement shall be filed on or before May 18, 2012, that the Pretrial Conference be moved to May 25, 2012 at 11:00 a.m., and that jury trial be moved to July 9, 2012 at 9:00 a.m..

*STIPULATION AND REQUEST TO MODIFY AMENDED SCHEDULING ORDER- DOCUMENT 22*

PDF created with pdfFactory trial version www.pdffactory.com

Date:                                    Law Offices of O'Neil G. Dennis

                                         _____
                                         BY:   O'NEIL G. DENNIS
                                                Attorney for Plaintiff

Date:                                    BRICKWOOD LAW OFFICE

                                         _____
                                         BY:   GARY BRICKWOOD
                                                Attorney for Defendants

**ORDER**

Having reviewed the Stipulation and Joint Request for Modification of the Pretrial Scheduling Order, the Court orders the following modifications:

Discovery cutoff – January 30, 2012

Dispositive Motion cutoff - to be filed on or before March 7, 2012, for hearing on April 4, 2012 at 9:30 a.m. in Courtroom #6

Joint Pretrial Statement - to be filed on or before May 18, 2012

Final Pretrial Conference – May 25, 2012 at 11:00 a.m.

Trial – July 9, 2012 at 9:00 a.m.

IT IS SO ORDERED.

DATED:  12/1/2011          /s/ John A. Mendez_____
                           THE HONORABLE JOHN A. MENDEZ
                           UNITED STATES DISTRICT COURT JUDGE

*STIPULATION AND REQUEST TO MODIFY AMENDED SCHEDULING ORDER- DOCUMENT 22*

PDF created with pdfFactory trial version www.pdffactory.com