1 **GARY BRICKWOOD, State Bar No. 94892**
BRICKWOOD LAW OFFICE
2 1135 Pine Street, Suite 210
Redding, CA  96001
3 (530) 245-1877
(530) 245-1879 (fax)
4


5 Attorneys for Defendants
CITY OF REDDING, KIM NIEMER and
6 MATTHEW MCCALLUM

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

                                        Case No. 2:10-CV-00487-JAM-CMK
10 MARY HARRIS,

11        Plaintiffs,            **JOINT REQUEST FOR DISMISSAL AND ORDER**

12 vs.

13 CITY OF REDDING CALIFORNIA,
KIM NIEMER, MATTHEW MCCALLUM,
And DOES 1 through 20,
14

           Defendants.
15 _____
16
        The parties to this matter have now completed their Settlement
17
Agreement and jointly request that the Court dismiss this case with
18
prejudice.
19
        Enclosed with this request is a proposed Order, if any further
20
steps are necessary, please ask your Clerk to contact Brickwood Law
21
Office at your first convenience.
22
        Thank you for your courtesy and attention to this matter.
23
DATED:   June 28, 2012.              Respectfully submitted,
24                                   BRICKWOOD LAW OFFICE

25
                                     _/s/ Gary Brickwood_____
26                                   GARY BRICKWOOD
                                     Attorney for Defendant


**JOINT REQUEST FOR DISMISSAL AND ORDER**                            1

PDF created with pdfFactory trial version www.pdffactory.com

```
1
2   DATED:  June 28, 2012.                  Respectfully submitted,
3                                           _/s/ O'Neil Dennis_____
                                            O'Neil Dennis
4                                           Attorney for Plaintiff
5                            ORDER
6
7      The Court has reviewed the Joint Request for Dismissal, good
   cause appearing, the Court orders as follows:
8
       IT IS SO ORDERED that the case is dismissed in its entirety with
9
   prejudice.  The Clerk is directed to close this file.
10
11  DATED:  6/29/2012               /s/ John A. Mendez
                                    JOHN A. MENDEZ
12                                  UNITED STATES DISTRICT COURT JUDGE
```

JOINT REQUEST FOR DISMISSAL AND ORDER                                2

PDF created with pdfFactory trial version www.pdffactory.com